**No. 58801.**—Chinese Arts & Products, Inc., and W. J. Byrnes & Co. of N. Y., Inc., et al. *v.* United States, protests 231325–K, etc. (New York).

Opinion by EKWALL, J. In accordance with stipulation of counsel that the merchandise consists of silent butlers, smoothing irons, and trays in chief value of

brass, the same in all material respects as those involved in *Ignaz Strauss & Co., Inc.* v. *United States* (9 Cust. Ct. 342, C. D. 710), *The Fan Co.* v. *United States* (25 Cust. Ct. 42, C. D. 1261), and *Ignaz Strauss & Co., Inc.* v. *United States* (28 Cust. Ct. 280, C. D. 1423), the claim of the plaintiffs was sustained.